**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**DONALD SEXTON,**

    **Plaintiff,**

  v.                                          Case No. 2:22-cv-3241
                                                          JUDGE EDMUND A. SARGUS, JR.
**UNITED STATES, et al.,**                  Magistrate Judge Kimberly Jolson

    **Defendant.**

## ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (ECF No. 4), in which she recommends that Plaintiff's complaint be dismissed for failure to state a claim upon which relief can be granted. The time for objections has passed and no objection was filed. Consequently, the Court **ADOPTS** the Report and Recommendation and for the reasons stated therein, this case is **DISMISSED** for failure to state a claim.

    **IT IS SO ORDERED.**


**4/12/2023**                                                               **s/Edmund A. Sargus, Jr.**
**DATE**                                                                    **EDMUND A. SARGUS, JR.**
                                                                         **UNITED STATES DISTRICT JUDGE**